D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FABIENNE ROZA,
                Plaintiff,

      - against -

CHARLES H. MOYER and
BOYLE BROTHERS, INC.

                Defendants.
-----------------------------------------------------------x

Stipulation to Limit Damages
and Remand to State Court

Hon. Nicholas G. Garaufis
M.J. Joan M. Azrack

10 CV 3556 (NGG)

    IT IS HEREBY STIPULATED TO AND AGREED by and between the undersigned attorneys that the plaintiff's damages are limited to no more than $75,000.00 exclusive of interest, costs and disbursements, if any, and it is further,

    STIPULATED TO AND AGREED that this matter be remanded to the Supreme Court of the State of New York for the County of Kings, and it is further,

    STIPULATED TO AND AGREED that this limitation of damages shall apply in Supreme Court Kings County.

Harmon, Linder & Rogovsky
Attorney for Plaintiff
42 Broadway, Suite 1227
New York, New York 10004
212-732-3665

By _____

Thomas E. Mehrtens, P.C. (5493)
Attorney for Boyle Brother, Inc.
107 Lake Avenue
Tuckahoe, New York 10707
914-643-6517
Fax 914-779-4942
mehrtens@optonline.net

By _____
Thomas E. Mehrtens

So Ordered: s/Nicholas G. Garaufis
~~Hon. Joan M. Azrack~~